IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PATRICK DOUGLAS RYAN                                                    PETITIONER
Reg. #10071-062

V.                                    CASE NO. 2:18-CV-00023-JM-JTK

GENE BEASLEY, Warden
FCI – Forrest City                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 9th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE