IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PATRICK DOUGLAS RYAN                                                      PETITIONER
Reg. #10071-062

V.                    CASE NO. 2:18-CV-00023-JM-JTK

GENE BEASLEY, Warden
FCI – Forrest City                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Respondent's Motion to Dismiss is GRANTED, and the case is DISMISSED without prejudice.

SO ADJUDGED this 9th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE